918

## A. C. BELL, Appellant, v. STATE of Texas, Appellee.

### No. 20833.

Court of Criminal Appeals of Texas.

Nov. 22, 1939.

Conner Scott, of Brownwood, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of theft of property of the value of over $50, and assessed a penalty of ten years confinement in the penitentiary.

Since his appeal was perfected the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

## George BLANKENSHIP, Appellant, v. STATE of Texas, Appellee.

### No. 20522.

Court of Criminal Appeals of Texas.

Oct. 25, 1939.

Bruce & Bruce, of Orange, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for driving an automobile upon a public highway while intoxicated. The punishment assessed is confinement in the state penitentiary for a term of one year.

The appellant has filed an affidavit to dismiss this appeal, duly verified as required by law. The motion is granted as prayed for and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## William H. COBB, Appellant, v. STATE of Texas, Appellee.

### No. 20781.

Court of Criminal Appeals of Texas.

Nov. 22, 1939.

Wallace B. Moore, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for misdemeanor theft, punishment being one year in the county jail.

Since perfecting his appeal appellant has filed in this court his affidavit advising that he does not desire to further prosecute his appeal, and at his request the same is dismissed.